## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Angel Pressley | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 14-15230-JKF |

### Certificate of Service

  Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Motion to Modify Plan Post-Confirmation, Debtor's Amended Plan, Proposed Order, and Notice thereof upon the following individuals listed below, by electronic means, email and first class mail on <u>5/26/2020</u>

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Angel Pressley
115 S. 61st. Street
Philadelphia, PA 19139

**ALL ATTORNEYS OF RECORD**

**ALL PARTIES ON CLERK'S SERVICE LIST**

**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,
<u>/s/ Michelle Lee</u>
Michelle Lee, Esq.
Margolis Edelstein
170 S Independence Mall W Ste 400E

{00381217;v1}