**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Angel Pressley** | : | **Chapter 13** |
| | : | |
| **Debtor.** | : | |
| | : | **Bankruptcy No. 14-15230-JKF** |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO MODIFY PLAN POST-CONFIRMATION**

PLEASE TAKE NOTICE that the Debtor's Motion to Modify Plan Post-Confirmation, filed on May 26, 2020, Docket No. 97, by Michelle Lee and Margolis Edelstein, is hereby WITHDRAWN.

Dated: 8/11/2020

Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W
Ste 400E,
Philadelphia, PA 19106

{00386875;v1}