Office Mailing Address:                                                        Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                     Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                            P.O. Box 680
Reading, PA  19606                                                             Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 14-15230-AMC

ANGEL PRESSLEY (AKA ANGELIQUE)                                          Petition Filed Date: 06/28/2014
115 S. 61ST. STREET                                                     341 Hearing Date: 08/22/2014
PHILADELPHIA  PA     19139                                             Confirmation Date: 04/15/2015

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $108.00 | | 01/14/2019 | $108.00 | | 01/28/2019 | $108.00 | |
| 05/06/2019 | $100.00 | | 05/20/2019 | $100.00 | | 05/21/2019 | $36.00 | |
| 06/03/2019 | $100.00 | | 06/17/2019 | $100.00 | | 07/08/2019 | $100.00 | |
| 07/15/2019 | $100.00 | | 07/29/2019 | $100.00 | | 08/13/2019 | $100.00 | |
| 08/26/2019 | $100.00 | | 09/09/2019 | $100.00 | | 09/23/2019 | $100.00 | |
| 10/07/2019 | $100.00 | 5812280000 | 12/26/2019 | $123.00 | 613669432 | 06/03/2020 | $220.00 | 995039 |
| 06/11/2020 | $95.00 | 995041 | 06/16/2020 | $158.00 | 995042 | 08/03/2020 | $158.00 | 995052 |

**Total Receipts for the Period: $2,314.00    Amount Refunded to Debtor Since Filing: $3.56    Total Receipts Since Filing: $14,722.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $100.00 | $100.00 | $0.00 |
| 2 | CERASTES LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $8,500.00 | $8,500.00 | $0.00 |
| 3 | TRUMARK FINANCIAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | GEORGETTE MILLER ESQ<br>»» 006 | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 0 | ANGEL PRESSLEY (AKA ANGELIQUE) | Debtor Refunds | $3.56 | $3.56 | $0.00 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 05P | Mortgage Arrears | $2,282.29 | $0.00 | $2,282.29 |

**Chapter 13 Case No. 14-15230-AMC**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,722.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $12,903.56 | Arrearages: | ($627.82) |
| Paid to Trustee: | $1,250.54 | Total Plan Base: | $14,090.62 |
| Funds on Hand: | $567.90 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

---