# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Angel Pressley | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 14-15230-amc |

## O R D E R

AND NOW, this _____ day of _____ 2020, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

**Date: November 25, 2020**

**Honorable Ashely M. Chan**

{00392915;v1}