## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Angel Pressley                                                      CHAPTER 13

      DEBTOR(S)                                                          BANKRUPTCY NO: 14-15230

### CERTIFICATION OF NO RESPONSE

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on March 1, 2021, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated:  March 21, 2021                                 Margolis Edelstein
                                                                  /s/ Margolis Edelstein
                                                                  100 Century Parkway, Suite 200
                                                                  Mt. Laurel, NJ 08054