**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br>     ANGEL PRESSLEY (AKA ANGELIQUE) <br><br> Debtor | Chapter 13 <br><br> Case No.14-15230-AMC |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan.

                                    **Office of the Chapter 13 Trustee**

Date: September 29, 2021          By:    */s/ Scott F. Waterman*

                                          Scott F. Waterman, Esquire, Chapter 13 Trustee
                                          2901 St. Lawrence Avenue, Suite 100
                                          Reading, PA  19606
                                          (610)779-1313 (Phone)
                                          (610)779-3637 fax