United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 14-15230-amc

Angel Pressley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Sep 30, 2021     Form ID: 138OBJ     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angel Pressley, 115 S. 61st. Street, Philadelphia, PA 19139-3041 |
| 13361313 | + | CERASTES, LLC, C O WEINSTEIN, PINSON, AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14166108 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et, Al., OCWEN LOAN SERVICING, LLC, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 13337467 | | L&R Mgmt, 45 Haverhill Street, Andover, MA 01810-1499 |
| 13337469 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 13337470 | + | Palisades Collection LLC, 4660 Trindle Rd, Ste 300, Camp Hill, PA 17011-5610 |
| 13337471 | + | Thinkcashfbd, Brandywine Commons 1000 Rocky Run Par, Wilmington, DE 19803-1455 |
| 13337472 | + | TruMark Financial Credit Union, 1000 Northbrook Drive, Feasterville Trevose, PA 19053-8430 |
| 14433203 | + | U.S. Bank National Association, c/o Kevin Buttery, Esquire, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14453638 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14448071 | + | U.S. Bank National Asssociation,, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14554583 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 13337473 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2021 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13337465 | + | Email/Text: EBNProcessing@afni.com | Sep 30 2021 23:53:00 | Afni, Inc., Po Box 3427, Bloomington, IL 61702-3427 |
| 13378047 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2021 23:57:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13345294 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2021 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13337466 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2021 23:53:00 | Jefferson Capital System, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 13337468 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:37 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANN E. SWARTZ
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

GEORGETTE MILLER
on behalf of Debtor Angel Pressley Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

JEROME B. BLANK
on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal paeb@fedphe.com

KEVIN M. BUTTERY
on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VII bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY wmiller@friedmanvartolo.com bankruptcy@friedmanvartolo.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Angel Pressley
        Debtor(s)

Case No: 14−15230−amc

Chapter: 13

___

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/30/21

132 − 131
Form 138OBJ