## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-15230-AMC |
| Angel Pressley a/ka Angelique Pressley | : Chapter 13 |
|     Debtor | : |
| | : |
| | : |
| U.S. Bank National Association, | : |
| not in its individual capacity but solely as | : |
| trustee for the NRZ Pass-Through Trust VIII | : |
| c/o Fay Servicing, LLC | : |
|     Movant | : |
|     vs. | : |
| | : |
| Angel Pressley a/ka Angelique Pressley | : |
|     Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

### AMENDED CERTIFICATE OF SERVICE

I, Karina Velter, Esq., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on October 22, 2021:

Georgette Miller, Esquire  
Via ECF:  
*Attorney for Debtor*

Angel Pressley  
115 S. 61st Street  
Philadelphia, PA 19139  
Via First Class Mail  
*Debtor*

Scott F. Waterman, Esquire  
Via ECF:  
*Trustee*

    Respectfully Submitted,

Date: 10/22/2021

/s/Karina Velter, Esquire  
Karina Velter, Esquire  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Email: kvelter@hoflawgroup.com